KEYSER *against* SHAFER.

ON certiorari to a Justice's Court. Shafer declared against Keyser in the Court below, thus : "Plaintiff declares against the defendant for one barrel of salt, $5 ; one note of hand— bal. of accounts for different kinds of liquors—claims $50." To this declaration the defendant interposed a general demurrer. The plaintiff then discontinued, or entered a *nolle prosequi,* as to all the causes of action except the account for the salt, and joined in demurrer. Judgment for the plaintiff. The defendant contended, in the Court below, that the declaration was bad, because it contained neither time nor place, nor any request to pay for the salt.

VOL. II. 56

ALBANY,         *D. F. Sacia,* for the plaintiff in error.
October, 1823.

Roberts          *A. Haring,* contra.
v.
Morgan.         *Curia.*   The judgment must be affirmed.

                                        Judgment affirmed.(*a*)

(*a*) In *Timmerman* v. *Morrison,* (14 John. 369,) objections similar to those overruled here, were allowed upon *special* demurrer.